**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lisa Peay and Brian Peay, Defendants,

Of whom Lisa Peay is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002422

―――――――――――

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

―――――――――――

Unpublished Opinion No. 2018-UP-334
Submitted July 6, 2018 – Filed July 20, 2018

―――――――――――

**AFFIRMED**

―――――――――――

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Brenda L. Gorski, of Columbia, and Kimberly R. Welchel, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Lisa Peay appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Peay's counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.